UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joan White, et al.,                                   Civil No. 06-3062 (RHK/JSM)

          Plaintiffs,                    **DISQUALIFICATION AND**
                                                    **ORDER FOR REASSIGNMENT**
vs.

Wyeth, d/b/a Wyeth Pharmaceuticals, d/b/a
Wyeth, Inc., et al.,

          Defendants.

     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 21, 2006

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge

Dockets.Justia.com